1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Re: Kevin Zimmerman
ADA Litigation

| | |
|---|---|
| 2:17-cv-00305-APG-NJK | 2:17-cv-00435-APG-PAL |
| 2:17-cv-00306-KJD-CWH | 2:17-cv-00436-APG-NJK |
| 2:17-cv-00307-JCM-GWF | 2:17-cv-00438-APG-PAL |
| 2:17-cv-00308-JCM-VCF | 2:17-cv-00518-RFB-PAL |
| 2:17-cv-00310-APG-GWF | 2:17-cv-00520-APG-GWF |
| 2:17-cv-00312-RFB-VCF | 2:17-cv-00522-JAD-VCF |
| 2:17-cv-00395-JAD-CWH | 2:17-cv-00523-JCM-VCF |
| 2:17-cv-00397-JAD-PAL | 2:17-cv-00526-RFB-VCF |
| 2:17-cv-00398-JCM-VCF | 2:17-cv-00527-RFB-GWF |
| 2:17-cv-00399-RFB-VCF | 2:17-cv-00528-APG-VCF |
| 2:17-cv-00400-JCM-VCF | 2:17-cv-00529-JAD-NJK |
| 2:17-cv-00401-RFB-PAL | 2:17-cv-00531-JAD-NJK |
| 2:17-cv-00402-RFB-CWH | 2:17-cv-00532-JCM-CWH |
| 2:17-cv-00403-JAD-NJK | 2:17-cv-00533-APG-GWF |
| 2:17-cv-00404-JAD-VCF | 2:17-cv-00536-JCM-GWF |
| 2:17-cv-00405-JAD-PAL | 2:17-cv-00538-RFB-NJK |
| 2:17-cv-00407-JAD-PAL | 2:17-cv-00539-APG-CWH |
| 2:17-cv-00408-JCM-VCF | 2:17-cv-00541-APG-CWH |
| 2:17-cv-00409-RFB-VCF | 2:17-cv-00551-RFB-CWH |
| 2:17-cv-00411-JCM-NJK | 2:17-cv-00555-JAD-CWH |
| 2:17-cv-00415-JCM-GWF | 2:17-cv-00556-JCM-NJK |
| 2:17-cv-00418-JCM-VCF | 2:17-cv-00557-RFB-VCF |
| 2:17-cv-00419-JCM-GWF | 2:17-cv-00559-MMD-CWH |
| 2:17-cv-00423-APG-VCF | 2:17-cv-00560-KJD-GWF |
| 2:17-cv-00425-JCM-PAL | 2:17-cv-00561-APG-NJK |
| 2:17-cv-00426-APG-GWF | 2:17-cv-00563-JCM-PAL |
| 2:17-cv-00428-JAD-CWH | 2:17-cv-00565 |
| 2:17-cv-00429-JAD-VCF | 2:17-cv-00567 |
| 2:17-cv-00430-JCM-CWH | 2:17-cv-00568-APG-GWF |
| 2:17-cv-00433-RFB-PAL | 2:17-cv-00569-JAD-GWF |
| | 2:17-cv-00572-JAD-NJK |

## OMNIBUS TRANSFER ORDER

Plaintiff Kevin Zimmerman has filed more than 70 public-accommodation lawsuits

alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA"),

in this district since February 1, 2017. In each action, he moves for pauper status and alleges that

the defendant's violations of the ADA and its Accessibility Guidelines have prevented him from

the full use and enjoyment of the defendant's facility. The allegations in each of these cases are

nearly identical.

1    Having reviewed these cases, the judges of this district have concluded that judicial

2 economy will be served by transferring all of these Zimmerman ADA cases to a single District

3 Court Judge and Magistrate Judge. Accordingly, THE UNDERSIGNED JUDGES—exercising

4 the court's inherent power to control the management of the docket and in order to foster judicial

5 economy—HEREBY **ORDER each of these cases to be TRANSFERRED to Chief Judge**

6 **Gloria Navarro and Magistrate Judge George Foley** (who were assigned the earliest open

7 case, 2:17-cv-00304-GMN-GWF), **for all further proceedings:**

8        2:17-cv-00305-APG-NJK Zimmerman v. Mannat, Corp

9        2:17-cv-00306-KJD-CWH Zimmerman v. MRG-RC5, LLC

10       2:17-cv-00307-JCM-GWF Zimmerman v. Nevada CVS Pharmacy, LLC

11       2:17-cv-00308-JCM-VCF Zimmerman v. Panda Express, Inc.

12       2:17-cv-00310-APG-GWF Zimmerman v. SL Investments, Inc

13       2:17-cv-00312-RFB-VCF Zimmerman v. Starbucks Corporation

14       2:17-cv-00395-JAD-CWH Zimmerman v. 99 Cents Only Stores, LLC

15       2:17-cv-00397-JAD-PAL Zimmerman v. A.Z.Y. Mander, Inc.

16       2:17-cv-00398-JCM-VCF Zimmerman v. Albertson's, LLC

17       2:17-cv-00399-RFB-VCF Zimmerman v. Chipotle Mexican Grill, Inc.

18       2:17-cv-00400-JCM-VCF Zimmerman v. Circle K Stores, Inc.

19       2:17-cv-00401-RFB-PAL Zimmerman v. Deep Elem, Inc.

20       2:17-cv-00402-RFB-CWH Zimmerman v. Del Taco, LLC

21       2:17-cv-00403-JAD-NJK Zimmerman v. Einstein and Noah, Corp.

22       2:17-cv-00404-JAD-VCF Zimmerman v. El Pollo Loco, Inc.

23       2:17-cv-00405-JAD-PAL Zimmerman v. Hobby Lobby Stores, Inc.

24       2:17-cv-00407-JAD-PAL Zimmerman v. Kohl's Department Stores, Inc

25       2:17-cv-00408-JCM-VCF Zimmerman v. Lowe's Home Centers, LLC

26       2:17-cv-00409-RFB-VCF Zimmerman v. Midjit Market, Inc.

27       2:17-cv-00411-JCM-NJK Zimmerman v. Midjit Market, Inc.

28       2:17-cv-00415-JCM-GWF Zimmerman v. Nevada AK, Inc.

1    2:17-cv-00418-JCM-VCF Zimmerman v. Payless ShoeSource, Inc.

2    2:17-cv-00419-JCM-GWF Zimmerman v. Petsmart, Inc.

3    2:17-cv-00423-APG-VCF Zimmerman v. Ross Dress for Less, Inc.

4    2:17-cv-00425-JCM-PAL Zimmerman v. S.L. Investments, Inc.

5    2:17-cv-00426-APG-GWF Zimmerman v. Sonoran Barbeque Nevada, LLC

6    2:17-cv-00428-JAD-CWH Zimmerman v. Terrible Herbst, Inc.

7    2:17-cv-00429-JAD-VCF Zimmerman v. Terrible Herbst, Inc.

8    2:17-cv-00430-JCM-CWH Zimmerman v. Terrible Herbst, Inc.

9    2:17-cv-00433-RFB-PAL Zimmerman v. Via Veneto of CA Corporation

10   2:17-cv-00435-APG-PAL Zimmerman v. Wal-Mart Stores, Inc.

11   2:17-cv-00436-APG-NJK Zimmerman v. Wal-Mart Stores, Inc.

12   2:17-cv-00438-APG-PAL Zimmerman v. YSR, Inc.

13   2:17-cv-00518-RFB-PAL Zimmerman v. Archland Property I, LLC

14   2:17-cv-00520-APG-GWF Zimmerman v. Best Buy Stores, Limited Partnership

15   2:17-cv-00522-JAD-VCF Zimmerman v. BG Retail, LLC

16   2:17-cv-00523-JCM-VCF Zimmerman v. Cardivan LLC

17   2:17-cv-00526-RFB-VCF Zimmerman v. F.L. Smith, LLC

18   2:17-cv-00527-RFB-GWF Zimmerman v. Glencoe Properties, Inc.

19   2:17-cv-00528-APG-VCF Zimmerman v. Hallmark Retail, LLC

20   2:17-cv-00529-JAD-NJK Zimmerman v. Home Depot U.S.A., Inc.

21   2:17-cv-00531-JAD-NJK Zimmerman v. Jett Gaming, LLC

22   2:17-cv-00532-JCM-CWH Zimmerman v. Kitay Joyce F Trust R-401

23   2:17-cv-00533-APG-GWF Zimmerman v. Marshalls of MA, Inc.

24   2:17-cv-00536-JCM-GWF Zimmerman v. National Retail Properties, LP

25   2:17-cv-00538-RFB-NJK Zimmerman v. Nevada CVS Pharmacy, LLC

26   2:17-cv-00539-APG-CWH Zimmerman v. Officemax North America, Inc.

27   2:17-cv-00541-APG-CWH Zimmerman v. OfficeMax Incorporated

28   2:17-cv-00551-RFB-CWH Zimmerman v. P J D Properties, LP

1   2:17-cv-00555-JAD-CWH Zimmerman v. Rebel Land & Development, LLC

2   2:17-cv-00556-JCM-NJK Zimmerman v. Rebel Oil Company, Incorporated

3   2:17-cv-00557-RFB-VCF Zimmerman v. Ronald C Darling and Jane Doe Darling

4   2:17-cv-00559-MMD-CWH Zimmerman v. S. Larson Family Limited Partnership

5   2:17-cv-00560-KJD-GWF Zimmerman v. Siavash, et al

6   2:17-cv-00561-APG-NJK Zimmerman v. Silver Meadow Properties, LLC

7   2:17-cv-00563-JCM-PAL Zimmerman v. Snowed Inn, LLC

8   2:17-cv-00565 Zimmerman v. Stuart and Jane Doe Apollo

9   2:17-cv-00567 Zimmerman v. Target, Corporation

10  2:17-cv-00568-APG-GWF Zimmerman v. Wal-Mart Stores, Inc.

11  2:17-cv-00569-JAD-GWF Zimmerman v. Wendy's Las Vegas, Inc.

12  2:17-cv-00572-JAD-NJK Zimmerman v. Zigman Family Trust

13

14        IT IS FURTHER ORDERED that **plaintiff must file a copy of this order in any future**

15  **ADA case he files in this district.**

16  DATED this ___ day of February, 2017

17

18  Gloria M. Navarro                          Miranda M. Du
    Chief United States District Judge         United States District Judge

19

20
    Richard F. Boulware                        Andrew P. Gordon
21  United States District Judge               United States District Judge

22
                                               James C. Mahan
23  Kent J. Dawson                             United States District Judge
    United States District Judge

24

25
    Jennifer A. Dorsey
26  United States District Judge

27

28

                                    4