Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Best Buy Stores, Limited Partnership,<br><br>Defendant, | Civil Action No: 17-cv-00520-GMN-GWF<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Kevin Zimmerman, by and through undersigned counsel moves the Court to extend the time for Defendant, Best Buy Stores, to respond to Plaintiff's Complaint. Plaintiff filed his Complaint on February 22, 2017 and served Defendant on April 13, 2017. Defendant's responsive pleading is due on May 4, 2017. Plaintiff requests a twenty-one (21) day extension so the Parties can explore settlement and resolution of this matter. A brief extension until May 25, 2017 will be in the interest of judicial economy.

Undersigned counsel has communicated with Defendant's representatives regarding this Motion, who consent to the request stated herein. Because Defendant has

not retained local counsel in this matter, this Motion is filed for Defendant's benefit and, therefore, unopposed.

 **RESPECTFULLY** submitted this 3rd day of May, 2017.


/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
 Email: wcw@nevadaada.com
*Attorney for Plaintiff*


## **ORDER**

ORDERED, the Defendant may have until Thursday, May 25, 2017 in which to file its Response to Plaintiff's Complaint.


DATED                                May 5 , 2017

BY THE COURT:


_____
UNITED STATES MAGISTRATE JUDGE